**Order entered June 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00505-CV

**BODMD, INC., Appellant**

**V.**

**JAMES MEEHAN, BODMD MEDICAL GROUP (OK) PC, AND
CATALYST UTICA, PC, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-06699-2018**

## ORDER

Before the Court is appellant's June 6, 2019 motion for extension of time to file brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than June 24, 2019.

/s/     KEN MOLBERG
        JUSTICE